UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
DESPINA ASARIDIS, and               )
IOANNIS ASARDIS                     )
                                    )
            Plaintiffs,             )
    v.                              )   CIVIL NO.: 13-CV-13226-RGS
                                    )
ERIC M. WEINSTEIN,                  )
TIMOTHY PICKET,                     )
CINDY PICKET, and                   )
EFFICIENT EXCAVATING, INC.          )
                                    )
            Defendants.             )
_____)

## LIMITED NOTICE OF APPEARANCE

Kindly enter my limited appearance on behalf of defendant, Eric M. Weinstein, in connection with the filing of *Defendant Eric M. Weinstein's Motion to Dismiss Pursuant to Fed. R. Civ. P. Rule 12(b)(1)* in the above matter.

                                      ERIC M. WEINSTIEN
                                      By his Attorney,

                                      __*Dennis C. Carter*_____
                                      Dennis C. Carter, BBO No. 670187
                                      CARTER & DOYLE LLP
                                      430 Bedford Street, Ste 195
                                      Lexington, MA 02420
                                      PH: 781-861-0064
                                      FAX: 781-861-0065
Date: January 17, 2014                    dcarter@carterdoyle.com

CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2014 this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non registered participants via first-class U.S. mail, postage prepaid, on the following parties:

Plaintiffs:
    Despina Asaridis
    Ioannis Asaridis
    20 Christina Drive
    Walpole, MA 02082

Defendants:
    Timothy Picket
    7 Winship Way
    Stoughton, MA 02072

    Cindy Picket
    7 Winship Way
    Stoughton, MA 02072

    Efficient Excavating, Inc.
    Attn: Tammy N. Garner
    792 Oak Street
    Brockton, MA

                                          _*Dennis C. Carter*_____
                                          Dennis C. Carter